IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SEAN STEPHENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:24cv749-MHT |
| | ) | (WO) |
| PATRICE R. JONES, | ) | |
| individually, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of the motion to withdraw as counsel for defendant CHS AL, LLC (Doc. 45), and the included motion to stay this entire action for 90 days (Doc. 45 at 2), and based on attorney Piggott's supporting affidavit (Doc. 50), the bankruptcy stay of the case as to defendant CHS AL, LLC (Doc. 47), and the other parties' responses to the motions (Doc. 52 and Doc. 53), it is ORDERED that:

(1) The motion to withdraw is granted, and attorney Philip G. Piggott and the law firm of Rushton, Stakely,

Johnston & Garrett, P.A. are withdrawn as counsel for defendant CHS AL, LLC.

(2) The motion to stay this case for 90 days is denied.  As plaintiff points out in his response (Doc. 53), this case is already stayed as to defendant CHS AL, LLC, and it is unlikely that said defendant plans to hire new counsel at this time, so a stay to allow the hiring of new counsel is unnecessary.

(3) When the bankruptcy stay is lifted, if plaintiff continues to pursue claims against defendant CHS AL, LLC, said defendant shall retain new counsel and have new counsel file an appearance in this action within 14 days of the lifting of the bankruptcy stay. *See generally Iriele v. Griffin*, 65 F.4th 1280, 1285 (11th Cir. 2023) (reiterating the "'well-established' rule 'that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel.'") (quoting *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)).

(4) Mr. Piggott shall furnish a copy of this order to CHS AL LLC's general counsel.

This case remains stayed as to defendant CHS, AL LLC only.

DONE, this the 1st day of June, 2026.

<u>    /s/ Myron H. Thompson    </u>
**UNITED STATES DISTRICT JUDGE**

3