**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **SEAN STEPHENSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:24cv749-MHT** |
| | ) | **UNOPPOSED** |
| **PATRICE R. JONES, *et al*.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR REFERRAL TO MEDIATION WITH A MAGISTRATE JUDGE**

Pursuant to Section Three of the Uniform Scheduling Order (Doc. 22) and the Order Amending the Scheduling Order (Doc. 44), Plaintiff Sean Stephenson respectfully submits this Unopposed Motion for Referral to Mediation with a Magistrate Judge.

The parties have conferred with their respective clients and opposing counsel about the possibility of settlement in this case. Plaintiff requests that the Court enter an order referring this case to a United States Magistrate Judge for mediation. Defendants do not oppose Plaintiff's request.

This request is made in good faith and without the intent to delay adjudication of this case.

Respectfully submitted this 7th day of July 2026.

*/s/ Susanne Emily Cordner*
Susanne Emily Cordner
(ASB-4687-C61N)
Cordner Law LLC
P.O. Box 3005
Montgomery, AL 36109
Phone: (334) 780-1129
Fax: (334) 910-2595
susanne@cordnerlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will electronically send notification of such filing to all counsel of record.

/s/ *Susanne Emily Cordner*
*Attorney for Plaintiff*